IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| 3M COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:11cv627 |
| ) | (TSE/JFA) |
| NAME.COM LLC, D/B/A PROTECTED ) | |
| DOMAIN SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

By this motion, Plaintiff 3M Company ("3M") seeks a preliminary injunction prohibiting Defendants, their officers, agents, servants, employees, attorneys, and all other persons who are in active concert or participation with any of them, from (1) using the mark 3M and any other mark that is confusingly similar to or likely to cause dilution of Plaintiff's famous 3M mark, including but not limited to using the mark 3M on any gambling-related website or providing Internet hosting services or any similar or related services for any such website; (2) using or transferring the Infringing Names (as that term is defined in the Complaint), and any other domain name or mark that includes the marks 3M, MMM, or any other confusingly similar marks, to anyone other than Plaintiff; and (3) providing Internet hosting services or any similar or related services to the Infringing Websites (as that term is defined in the Complaint).

In support of this motion, 3M submits herewith an accompanying memorandum and its referenced exhibits, and a proposed order.

11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030   TEL 703.273.8898   FAX 703.273.8897

Cameron/McEvoy PLLC

DATED: June 24, 2011.                    Respectfully submitted,


/s/_____
Timothy J. McEvoy, VSB No. 33277
Sean Patrick Roche, VSB No. 71412
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 460-9341 (Direct)
(703) 273-8898 (Main)
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
sroche@cameronmcevoy.com


William G. Barber, Esquire
(Admitted *Pro Hac Vice*)
Wendy C. Larson, Esquire
(Admitted *Pro Hac Vice*)
PirkeyBarber LLP
600 Congress Avenue, Suite 2120
Austin, Texas 78701
(512) 322-5200
(512) 322-5201 (Facsimile)
bbarber@pirkeybarber.com
wlarson@pirkeybarber.com

ATTORNEYS FOR PLAINTIFF
3M COMPANY

11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030   TEL 703.273.8898   FAX 703.273.8897

Cameron/McEvoy PLLC