UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| 3M COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:11-cv-627 (TSE/JFA) |
| CHRISTIAN INVESTMENTS LLC, d/b/a PROTECTED DOMAIN SERVICES, *et al.* | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
AS TO TIGGEE LLC D/B/A DNS MADE EASY**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff 3M Company dismisses Defendant Tiggee LLC d/b/a DNS Made Easy ("Tiggee") from this action, without prejudice, with each party bearing their own costs, expenses and attorney's fees. Plaintiff notes that Tiggee has not served an answer or filed a motion for summary judgment.

Dated: July 27, 2011.

WE ASK FOR THIS:

/s/ Timothy J. McEvoy_____
Timothy J. McEvoy, VSB No. 33277
Sean Patrick Roche, VSB No. 71412
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 460-9341 (Direct)
(703) 273-8898 (Main)
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
sroche@cameronmcevoy.com
*Attorneys for Plaintiff 3M Company*

1

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 27th day of July 2011, I filed the foregoing using the CM/ECF system which will send a notice of electronic filing through the Court's electronic filing system to the following:

Brian B. Darville, Esquire
Brocadiant IP PLLC
211 North Union Street Suite 100
Alexandria, VA 22314
bdarville@brocadiant.com
**Counsel for Bluehost, Inc.**

  I FURTHER CERTIFY that on the 27th day of July 2011, I served the foregoing by First Class Mail (postage prepaid) upon the following non-filing users:

Paul Keating
Law.es
Calle Balmes, 173 2-2
08006 Barcelona
Spain
**Attorney for Christian Investments LLC D/B/A Protected Domain Services**

**Directi Internet Solutions Pvt. Ltd., D/B/A Publicdomainregistry.com, and D/B/A Privacyprotect.Org**
330 Link-Way Estate,
Malad Link Road
Mumbai, Maharashtra 400069
India

**Domains By Proxy, Inc.**
Kelly Lewis, Deputy General Counsel
14455 North Hayden Road, Suite 219
Scottsdale, Arizona 85260

**Whoisprotection.cc**
Lot 2-1, Incubator 1, Technology Park Malaysia
Bukit Jalil
Kuala Lumpur, Wilayah Persekutuan
Malaysia 57000

**Marcos A/K/A 3M Specialist**
323 Srilankamatan Road
Columbo
Columbo, Sri Lanka 52211

2

**Luca Toni A/K/A Luca Tony**
Fiorentina
Italian Street
Genoa City, Genoa, Italy 66666

**K.C.**
8 King Street
Blacktown, Victoria 3600
Australia

**John B. LeStrange**
154/11
Warsaw, 01-747
Poland

**3MBKK**
Mario Beraheg
115/6 wipawadeerugsit Road
Dindane
Dindane, Bangkok 10400
Thailand

**Pattanaphong Prasomthong A/K/A Pattana_PP**
539/29 M.11
T. Rainoi Muang
Ubonratchatanee, 34000
Thailand

**Arthrit**
SSS Company
Bangkok
Sa Kaew Sa Kaeo
Thailand
27120

**Wattana**
Sudtiangtae
111
Hangdong, Chaingmai
Thailand 50230

**Hoon Hoe Lau**
Eitak Enterprise Limited
406, New Village
Ayer Tawar

3

Perak Malaysia 32400
**Hyper**
Chanapai Tangneam
13 Moo 7 Sao Thong Hin,
Bangyai, Nonthaburi 11140,
Thailand

**Tharinee Pinidrak**
570 Khannayao
Bangkok 10230
Thailand.
**M.S.**
Bangkok,
BangKhen
Thailand 10230

**Pramote Polchocke**
Prachachuen Bangsue
Bangkok, 10800
Thailand

**Bettinghouse99**
Siriwatd 144/16 bkk
bkk, Chon Buri
10900, Thailand

John Berryhill Ph.d, Esq.
4 West Front St.
Media, PA  19063
**Attorney for Tiggee LLC D/B/A DNS Made Easy**

**GoDaddy.com, Inc.**
Kelly Lewis, Deputy General Counsel
14455 North Hayden Road, Suite 219
Scottsdale, Arizona 85260

**Softlayer Technologies, Inc. D/B/A ThePlanet**
Brenk Johnson, Assistant General Counsel
4849 Alpha Road
Dallas, Texas 75244

**Cat Telecom Public Company Ltd.**
72 Charoenkrung Road,
Bangrak, Bangkok, Thailand 10501

4

Joe Norvell
Norvell IP
1776 Ash Street
Northfield, IL 60093
**Attorney for Bluehost Inc.**

Sean D. Garrison
Lewis and Roca LLP
40 North Central Avenue
Phoenix, Arizona 85004
**Attorney for Asia Netcom Asia Pacific Ltd, D/B/A Pacnet**

/s/ Timothy J. McEvoy
Timothy J. McEvoy, VSB No. 33277
Sean Patrick Roche, VSB No. 71412
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 460-9341 (Direct)
(703) 273-8898 (Main)
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
sroche@cameronmcevoy.com
*Attorneys for Plaintiff 3M Company*