UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| 3M COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTIAN INVESTMENTS LLC, d/b/a ) <br> PROTECTED DOMAIN SERVICES, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:11-cv-627 <br> (TSE/JFA) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## AS TO TIGGEE LLC D/B/A DNS MADE EASY

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff 3M Company dismisses Defendant Tiggee LLC d/b/a DNS Made Easy ("Tiggee") from this action, without prejudice, with each party bearing their own costs, expenses and attorney's fees. Plaintiff notes that Tiggee has not served an answer or filed a motion for summary judgment.

Dated: July 27, 2011.

WE ASK FOR THIS:

/s/ Timothy J. McEvoy
Timothy J. McEvoy, VSB No. 33277
Sean Patrick Roche, VSB No. 71412
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 460-9341 (Direct)
(703) 273-8898 (Main)
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
sroche@cameronmcevoy.com
*Attorneys for Plaintiff 3M Company*

So Ordered

/s/
T. S. Ellis, III   7/26/11
United States District Judge

1