AO 458 (Rev. 06/09) Appearance of Counsel

FILED

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2011 JUL 29 P 12: 43

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| 3M COMPANY | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. C.A. No.1:11cv627(TSE/JFA) |
| Name.com LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Domains By Proxy, Inc. and GoDaddy.com, Inc.

Date: 07/29/2011

*Attorney's Signature*

C. Paul Chalmers, VA Bar #44810
*Printed name and bar number*

Wilson Sonsini Goodrich & Rosati PC
1700 K Street NW, 5th Floor
Washington, DC 20006

*Address*

pchalmers@wsgr.com
*E-mail address*

(202) 973-8800
*Telephone number*

(202) 973-8899
*FAX number*