IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| 3M COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:11cv627 |
| ) | |
| CHRISTIAN INVESTMENTS LLC, d/b/a ) | |
| PROTECTED DOMAIN SERVICES, *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter came before the Court on the motion of Plaintiff 3M Company for a preliminary injunction. Upon consideration of the files, records, and proceedings in this action, the Court finds that Plaintiff's motion should be and hereby is **GRANTED** as specified below. IT IS THEREFORE ORDERED THAT:

Defendants Christian Investments LLC, d/b/a Protected Domain Services, Domains By Proxy, Inc., and GoDaddy.com, Inc., their officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, are temporarily restrained and enjoined from:

(1) using the mark 3M and any other mark that is confusingly similar to or likely to cause dilution of Plaintiff's famous 3M mark, including but not limited to using the mark 3M or MMM in text or design form on any gambling-related website or providing Internet hosting services for any such website, including but not limited to those websites associated with the domain names

1

mmmbet.net; 168mmm.net; 3m-asia.com; 3m-sportbetting.com; 3mbet.net; 3mbetth.com; 3mbet-online.com; 3mbet-th.com; 3mbetth.net; 3mbet-th.net; 3mbetthai.com; 3mbet-thai.com; 3mbetthai.net; 3mbet-thai.net; 3mbkk.com; 3minter.com; 3minter.net; 3msoccer.com; 3msoccer.net; 3m-th.com; 3mthai.com; 3m-casino.com; 3m-thai.com; 3m-thai.net; 3mthai888.com; 3m-thailand.com; 3mthailand-official.com; mmm123.net; mmm333.net; mmm456.net; mmm888.net; mmm998.net; mmmth.com; mmm-th.com; mmmth.net; mmm-th.net; mmm-thai.com; mmmthai.net; mmm-thai.net; mmmwin.net; thai3m.com; thai3m.net; thailand3m.net; thaimmm.net; mmm2u.net; mmm789.net; 3mcasino.me; ssswin.com; ssswin.net; 333456.net; gclub-royal.com; ssswin.me; 333365.net; mmm198.net; m3bet.net; mmm-casino.com; m3bets.net; m3online.net; m8bet.net; m8online.net; and mmmbet.asia;

(2) using, or transferring to anyone other than Plaintiff, the domain names mmmbet.net; 168mmm.net; 3m-asia.com; 3m-sportbetting.com; 3mbet.net; 3mbetth.com; 3mbet-online.com; 3mbet-th.com; 3mbetth.net; 3mbet-th.net; 3mbetthai.com; 3mbet-thai.com; 3mbetthai.net; 3mbet-thai.net; 3mbkk.com; 3minter.com; 3minter.net; 3msoccer.com; 3msoccer.net; 3m-th.com; 3mthai.com; 3m-casino.com; 3m-thai.com; 3m-thai.net; 3mthai888.com; 3m-thailand.com; 3mthailand-official.com; mmm123.net; mmm333.net; mmm456.net; mmm888.net; mmm998.net; mmmth.com; mmm-th.com; mmmth.net; mmm-th.net; mmm-thai.com; mmmthai.net; mmm-thai.net; mmmwin.net; thai3m.com; thai3m.net; thailand3m.net; thaimmm.net; mmm2u.net; mmm789.net; 3mcasino.me; ssswin.com; ssswin.net; 333456.net; gclub-royal.com; ssswin.me; 333365.net; mmm198.net; m3bet.net; mmm-casino.com; m3bets.net; m3online.net; m8bet.net; m8online.net; and mmmbet.asia; or any other domain name or mark that includes the marks 3M, MMM, or any other confusingly similar marks; and

(3) providing Internet hosting services or any similar or related services to the domain names mmmbet.net; 168mmm.net; 3m-asia.com; 3m-sportbetting.com; 3mbet.net; 3mbetth.com; 3mbet-online.com; 3mbet-th.com; 3mbetth.net; 3mbet-th.net; 3mbetthai.com; 3mbet-thai.com; 3mbetthai.net; 3mbet-thai.net; 3mbkk.com; 3minter.com; 3minter.net; 3msoccer.com; 3msoccer.net; 3m-th.com; 3mthai.com; 3m-casino.com; 3m-thai.com; 3m-thai.net; 3mthai888.com; 3m-thailand.com; 3mthailand-official.com; mmm123.net; mmm333.net; mmm456.net; mmm888.net; mmm998.net; mmmth.com; mmm-th.com; mmmth.net; mmm-th.net; mmm-thai.com; mmmthai.net; mmm-thai.net; mmmwin.net; thai3m.com; thai3m.net; thailand3m.net; thaimmm.net; mmm2u.net; mmm789.net; 3mcasino.me; ssswin.com; ssswin.net; 333456.net; gclub-royal.com; ssswin.me; 333365.net; mmm198.net; m3bet.net; mmm-casino.com; m3bets.net; m3online.net; m8bet.net; m8online.net; and mmmbet.asia; or any other domain name or mark that includes the marks 3M, MMM, or any other confusingly similar marks.

Defendants are ordered to file with this Court and to serve upon Plaintiff's counsel within two weeks after the entry and service on Defendants of this injunction, a report in writing and under oath, describing in detail the actions taken by Defendants to comply with the requirements of this Order.

This ORDER is effective for ten (10) days from the entry hereof, renewable for another ten (10) days.

Pursuant to Federal Rule of Civil Procedure 65(c), and upon consideration of the facts and circumstances of this matter, ~~bond is waived~~. *this injunction will effective upon the Plaintiff's posting a bond in the amount of $5000.00*

DATED: July 29, 2011
Alexandria, Va

/s/
T. S. Ellis, III
United States District Judge

3