IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

3M COMPANY,                                 )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )        CIVIL ACTION NO. 1:11cv627
                                            )                 (TSE/JFA)
CHRISTIAN INVESTMENTS LLC, D/B/A            )
PROTECTED DOMAIN SERVICES, et al.,          )
                                            )
            Defendants.                     )

---

## PLAINTIFF'S MOTION FOR CLARIFICATION
## AND WAIVER OF ORAL ARGUMENT ON THIS MOTION

COMES NOW the Plaintiff, 3M Company, by counsel, and respectfully requests

clarification from this Honorable Court regarding the Court's ruling at the Status Conference

held in this case on August 12, 2011 (the "Status Conference").

1. The reason for this motion for clarification is that the Minute Entry published to the

parties with respect to the Status Conference does not comport with the recollection of counsel

for the Plaintiff as to the actual order that this Honorable Court indicated it intended to issue.

*See* Docket Entry 57.

2. In particular, both counsel recall that the Court extended the TRO for an indefinite

period of time (which, by definition, would be limited to 14 days under Fed. R. Civ. Pr. 65(b)(2))

pending review of Plaintiff's request to convert the TRO into a preliminary injunction as to all

11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030   TEL 703.273.8898   FAX 703.273.8897

Cameron McEvoy

Defendants in this case.  The Court also requested supplemental briefing from Plaintiff, by 12:00

p.m. on August 18, 2011, as to Plaintiff's position concerning its view of the best case for

personal jurisdiction over each of the defendants.

3.  While the Court indicated that it hoped that Plaintiff, Asia Netcom Asia Pacific Ltd.

d/b/a Pacnet, GoDaddy.com, Inc. and Domains By Proxy, Inc. would quickly resolve their

disputes by filing consent judgments, it did not set a specific time limit for any such resolution to

occur.

4.  Notwithstanding the foregoing, the minute entry published on August 12, 2011 states

that "TRO will be extended pending the filing of the Consent judgment by the parties by noon on

Thursday." Exh. A.  It does not mention any briefing or briefing deadlines.

5.  Counsel for Plaintiff believe that any order issued by this Honorable Court should

clarify that: (1) the TRO previously entered in this matter is extended indefinitely, but not more

than 14 days, pending action by the Court with respect to Plaintiff's motion for entry of a

preliminary injunction as to all defendants and (2) Plaintiff shall file a memorandum of points

and authorities, and any supporting evidence, discussing its view as to the best case for personal

jurisdiction over each defendant herein, as currently known to Plaintiff, by 12:00 p.m. on August

18, 2011.

WHEREFORE, the foregoing premises considered, Plaintiff respectfully requests

clarification of this Honorable Court's rulings on August 12, 2011.  Furthermore, in light of the

nature of this motion, there is no need for oral argument on this motion and any such right is

hereby waived.

Plaintiff appreciates the Court's consideration of these matters.

DATED:  August 15, 2011.                    Respectfully submitted,


/s/_____
Timothy J. McEvoy, VSB No. 33277
Sean Patrick Roche, VSB No. 71412
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 460-9341 (Direct)
(703) 273-8898 (Main)
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
sroche@cameronmcevoy.com


William G. Barber, Esquire
(Admitted *Pro Hac Vice*)
Wendy C. Larson, Esquire
(Admitted *Pro Hac Vice*)
PirkeyBarber LLP
600 Congress Avenue, Suite 2120
Austin, Texas  78701
(512) 322-5200
(512) 322-5201 (Facsimile)
bbarber@pirkeybarber.com
wlarson@pirkeybarber.com

ATTORNEYS FOR PLAINTIFF
3M COMPANY

11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030
TEL 703.273.8898   FAX 703.273.8897

CAMERON / McEVOY
PLLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, I have filed a true and correct copy of the foregoing with the Clerk of Court via the CM/ECF efiling system, which will send sent notification to all counsel of record; and have served a copy via United States mail, postage prepaid to the following Defendants:

Paul Keating
Law.es
Calle Balmes, 173 2-2
08006 Barcelona
Spain
**Attorney for Christian Investments LLC D/B/A Protected Domain Services**

**Directi Internet Solutions Pvt. Ltd., D/B/A Publicdomainregistry.com, and D/B/A Privacyprotect.Org**
330 Link-Way Estate,
Malad Link Road
Mumbai, Maharashtra 400069
India

**Whoisprotection.cc**
Lot 2-1, Incubator 1, Technology Park Malaysia
Bukit Jalil
Kuala Lumpur, Wilayah Persekutuan
Malaysia 57000

**Marcos A/K/A 3M Specialist**
323 Srilankamatan Road
Columbo
Columbo, Sri Lanka 52211

**Luca Toni A/K/A Luca Tony**
Fiorentina
Italian Street
Genoa City, Genoa, Italy 66666

**K.C.**
8 King Street
Blacktown, Victoria 3600
Australia

**John B. LeStrange**
154/11
Warsaw, 01-747
Poland

**3MBKK**
Mario Beraheg
115/6 wipawadeerugsit Road
Dindane
Dindane, Bangkok 10400
Thailand

**Arthrit**
SSS Company
Bangkok
Sa Kaew Sa Kaeo
Thailand
27120

**Wattana**
Sudtiangtae
111
Hangdong, Chaingmai
Thailand 50230

**Hoon Hoe Lau**
Eitak Enterprise Limited
406, New Village
Ayer Tawar
Perak Malaysia
32400

**Hyper**
Chanapai Tangneam
13 Moo 7 Sao Thong Hin,
Bangyai, Nonthaburi 11140,
Thailand

**Tharinee Pinidrak**
570 Khannayao
Bangkok 10230
Thailand

11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030   TEL 703.273.8898   FAX 703.273.8897

Cameron McEvoy

**M.S.**
Bangkok,
BangKhen
Thailand 10230

**Pramote Polchocke**
Prachachuen Bangsue
Bangkok, 10800
Thailand

**Bettinghouse99**
Siriwatd 144/16 bkk
bkk, Chon Buri
10900, Thailand

**Cat Telecom Public Company Ltd.**
72 Charoenkrung Road,
Bangrak, Bangkok, Thailand 10501

Sean D. Garrison
Lewis and Roca LLP
40 North Central Avenue
Phoenix, Arizona 85004
**Attorney for Asia Netcom Asia Pacific Ltd, D/B/A Pacnet**

/s/_____
Timothy J. McEvoy, VSB No. 33277
Sean Patrick Roche, VSB No. 71412
CAMERON McEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 460-9341 (Direct)
(703) 273-8898 (Main)
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
sroche@cameronmcevoy.com
Attorneys for Plaintiff 3M Company

11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030
TEL 703.273.8898   FAX 703.273.8897

Cameron McEvoy PLLC