IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| 3M COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:11cv627 ) |
| CHRISTIAN INVESTMENTS LLC, D/B/A PROTECTED DOMAIN SERVICES, et al., | ) ) ) |
| Defendants. | ) |

**NOTICE OF ERRATA**

Plaintiff 3M Company ("3M"), for its claims against Defendant "Arthrit," submits this Notice of Errata and states as follows:

It has come to 3M's attention that there is a minor typographical error in a certain defendant's name in the First Amended Complaint ("FAC"), and in certain subsequent filings. The domain name owned by this defendant that is involved in the lawsuit, ssswin.me, is owned in the name of "Arthit," but this name was inadvertently misspelled as "Arthrit" in the caption and in ¶ 12 of the FAC. 3M requests that this defendant's name in this lawsuit and 3M's filings be corrected and changed to "Arthit." At least one other court has found it proper to amend the caption of a lawsuit and related filings to correct the name of a defendant with a Notice of Errata, particularly where the defendant used aliases. *See Sony BMG Music Entm't et al. v. Ocapunitan Ivy AKA O.C. Ivy*, Case No. 3:08-cv-03146 (N.D. Cal. 2008) (Order granting Notice of Errata), copy attached hereto as **Ex. 1**.

Cameron / McEvoy PLLC
11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030
TEL 703.273.8898   FAX 703.273.8897

The Court should have no concerns about notice with respect to this requested amendment for at least the following reasons:

1. A cease and desist letter was correctly addressed to "Arthit" alerting the defendant to 3M's objection to his/her use of ssswin.me. See **Ex. A** to Larson Decl., attached hereto as **Ex. 2**.

2. A courtesy copy of the complaint was sent with a cover letter addressed to "Arthit." See **Ex. B** to Larson Decl.

3. Certain filings in this lawsuit have correctly identified Arthit (e.g., Declaration of Steven Espenshade in Support of 3M's Preliminary Injunction Motion, dkt. # 13-1, ¶ 5), as well as all Whois records relating to ssswin.me, filed as exhibits (e.g., dkt. # 13-2, p. 57).

4. "Arthit" has the same email address as "MS," another defendant in this litigation, also subject to the pending motion for default judgment (specifically, sss_callcenter@hotmail.com). See **Ex. C** to Larson Decl. This common email address indicates that these defendants are likely the same person (or at the very least, closely related parties). There is no question that "MS" has adequate notice of 3M's claims here.

5. All service copies of 3M's filings have been sent to the contact information listed for Arthit.

6. "Arthit" is likely a false name or alias given that (a) it is only one name, (b) this party also shares an email address with "MS," and (c) this party provided other false information in connection with its Whois record (*i.e.*, physical address).

Cameron/McEvoy PLLC
11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030
TEL 703.273.8898  FAX 703.273.8897

7. The difference in spelling between "Arthit" and "Arthrit" is sufficiently minor that the defendant must know that he/she is the intended party.

WHEREFORE, 3M respectfully requests that the FAC and all previous filings, including the pending motion for default judgment and the proposed order, be so amended.

Dated: November 29, 2011

Respectfully submitted,

/s/_____
Timothy J. McEvoy, VSB No. 33277
Sean Patrick Roche, VSB No. 71412
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 460-9341 (Direct)
(703) 273-8898 (Main)
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
sroche@cameronmcevoy.com
Attorneys for Plaintiff 3M Company


William G. Barber, Esquire
(Admitted *Pro Hac Vice*)
Wendy C. Larson, Esquire
(Admitted *Pro Hac Vice*)
PirkeyBarber LLP
600 Congress Avenue, Suite 2120
Austin, Texas 78701
(512) 322-5200
(512) 322-5201 (Facsimile)
bbarber@pirkeybarber.com
wlarson@pirkeybarber.com
Attorneys for Plaintiff 3M Company

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2011 I have served true and correct copies of: (1) NOTICE OF ERRATA with supporting exhibits; (2) DECLARATION OF WENDY C. LARSON IN SUPPORT OF NOTICE OF ERRATA with supporting exhibits; and (3) PROPOSED ORDER via United States mail, postage prepaid, to the following Defendants:

**Directi Internet Solutions Pvt. Ltd., D/B/A Publicdomainregistry.com, and D/B/A Privacyprotect.Org**
Directiplex, Next to Andheri Subway
Old Nagardas Road
Andheri (East)
Mumbai, Maharashtra 400069
India

**Whoisprotection.cc**
Lot 2-1, Incubator 1, Technology Park Malaysia
Bukit Jalil
Kuala Lumpur, Wilayah Persekutuan
Malaysia 57000

**Marcos A/K/A 3M Specialist**
323 Srilankamatan Road
Columbo
Columbo, Sri Lanka 52211

**Hoon Hoe Lau**
Eitak Enterprise Limited
406, New Village
Ayer Tawar
Perak Malaysia 32400

**Hyper**
Chanapai Tangneam
13 Moo 7 Sao Thong Hin,
Bangyai, Nonthaburi 11140,
Thailand

**Pramote Polchocke**
Prachachuen Bangsue
Bangkok, 10800
Thailand

11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030  TEL 703.273.8898  FAX 703.273.8897

Cameron McEvoy PLLC

**Bettinghouse99**
Siriwatd 144/16 bkk
bkk, Chon Buri
10900, Thailand

**Cat Telecom Public Company Ltd.**
99 Moo 3 Chaengwatthana Road
Lak Si, Bangkok 10210-0298
Thailand

**Luca Toni A/K/A Luca Tony**
Fiorentina
Italian Street
Genoa City, Genoa, Italy 66666

    I further certify that I served the following Defendants via email, pursuant to the Court's October 3, 2011, Order, and United States mail, postage prepaid:

**K.C.**
8 King Street
Blacktown, Victoria 3600
Australia

**John B. LeStrange**
154/11
Warsaw, 01-747
Poland

**3MBKK**
Mario Beraheg
115/6 wipawadeerugsit Road
Dindane
Dindane, Bangkok 10400
Thailand

**Arthit**
SSS Company
Bangkok
Sa Kaew Sa Kaeo
Thailand 27120

**Wattana**
Sudtiangtae, 111
Hangdong, Chaingmai

11325 Random Hills Road, Suite 200, Fairfax, Virginia 22030   TEL 703.273.8898   FAX 703.273.8897

Cameron / McEvoy PLLC

Thailand 50230
**Tharinee Pinidrak**
570 Khannayao
Bangkok 10230
Thailand

**M.S.**
Bangkok,
BangKhen
Thailand 10230

/s/_____
Timothy J. McEvoy, VSB No. 33277
Sean Patrick Roche, VSB No. 71412
CAMERON MCEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 460-9341 (Direct)
(703) 273-8898 (Main)
(703) 273-8897 (Facsimile)
tmcevoy@cameronmcevoy.com
sroche@cameronmcevoy.com
Attorneys for Plaintiff 3M Company