EXHIBIT 1

1  Dawniell Zavala (State Bar No. 253130)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
5  E-mail: dawniell.zavala@hro.com

6  Attorney for Plaintiffs
7  SONY BMG MUSIC ENTERTAINMENT;
   ARISTA RECORDS LLC; UMG
8  RECORDINGS, INC.; BMG MUSIC; and
   WARNER BROS. RECORDS INC.
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 | SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation, | CASE NO. 3:08-cv-03146-MMC
   |   | **NOTICE OF ERRATA AND [PROPOSED] ORDER**

           Plaintiffs,
       v.

   OCAPUNITAN IVY AKA O.C. IVY,

           Defendant.

---

NOTICE OF ERRATA AND [PROPOSED] ORDER
Case No. 3:08-cv-03146-MMC
#39786 v1 saf

COME NOW the Plaintiffs, SONY BMG MUSIC ENTERTAINMENT, *et al.*, and for their cause of action against Defendant Ocapunitan Ivy, state:

1. Plaintiffs filed a Complaint for Copyright Infringement against Defendant on July 1, 2008. Plaintiffs named "Ocapunitan Ivy aka O.C. Ivy" as Defendant.

2. Plaintiffs are informed and believe that Defendant's name is "Armivia O. Louie" and that Defendant has used the aliases "Armivia Capounitan, Ivy Louie, Ocapunitan Ivy and O.C. Ivy." Plaintiffs have determined this through conversations with defendant and her husband as well as database research.

3. Plaintiffs request that Defendant's name in this lawsuit and its filings be corrected and changed to "Armivia O. Louie," and that the caption in this lawsuit be amended and changed to "Armivia O. Louie aka Armivia Capounitan, aka Ivy Louie, aka Ocapunitan Ivy aka O.C. Ivy"

WHEREFORE, Plaintiffs respectfully request that the Complaint and all previous filings be so amended.

Dated: September 3, 2008          HOLME ROBERTS & OWEN LLP

                                  By   */s/ Dawniell Alise Zavala*
                                       DAWNIELL ZAVALA
                                       Attorney for Plaintiffs
                                       SONY BMG MUSIC ENTERTAINMENT;
                                       ARISTA RECORDS LLC; UMG
                                       RECORDINGS, INC.; BMG MUSIC; and
                                       WARNER BROS. RECORDS INC.

1

**NOTICE OF ERRATA AND [PROPOSED] ORDER**
Case No. 3:08-cv-03146-MMC
#39786 v1 saf

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

Upon review of Plaintiffs' Notice of Errata and for good cause shown, this Court

ORDERS that Defendant's name in this lawsuit and its filings be corrected and changed to "Armivia O. Louie," and

FURTHER ORDERS that the name of Defendant in the caption in this lawsuit be amended and changed to "Armivia O. Louie aka Armivia Capounitan, aka Ivy Louie, aka Ocapunitan Ivy aka O.C. Ivy."

DATED: September 4, 2008          By: /s/ Maxine M. Chesney
                                  Hon. Maxine M. Chesney
                                  United States District Judge

NOTICE OF ERRATA AND [PROPOSED] ORDER
Case No. 3:08-cv-03146-MMC
#39786 v1 saf