EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| 3M COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:11cv627 |
| | ) | |
| CHRISTIAN INVESTMENTS LLC, | ) | |
| D/B/A PROTECTED DOMAIN | ) | |
| SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF WENDY C. LARSON IN SUPPORT OF
PLAINTIFF'S NOTICE OF ERRATA**

I, Wendy C. Larson, declare as follows:

1. I am an attorney with Pirkey Barber LLP, 3M's outside counsel in this lawsuit.

2. Attached as **Exhibit A** is a copy of the cease and desist letter addressed to "Arthit" alerting the defendant to 3M's objection to his/her use of ssswin.me.

3. Attached as **Exhibit B** is a copy of the cover letter to "Arthit" transmitting a courtesy copy of the complaint in this lawsuit.

4. Attached as **Exhibit C** are Whois records for domain names owned by MS and Arthit reflecting use of the same email address (sss_callcenter@hotmail.com) in the ownership contact information.

-2-

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Austin, Texas on this 29th day of November, 2011.

_____
Wendy C. Larson

EXHIBIT  A



**PirkeyBarber LLP**

Steven M. Espenshade
(512) 482-5242
sespenshade@pirkeybarber.com

June 8, 2011

VIA EMAIL: SSS_CALLCENTER@HOTMAIL.COM

Arthit
SSS Company
Bangkok
Sa Kaeo
TH 27120

    Re:   *Violation of the Trademark Rights of 3M Company*
           *(Our Reference 3MTM:130)*

    This law firm represents 3M Company ("3M") in trademark and unfair competition matters. We write concerning your use of 3M's mark in connection with your website at www.ssswin.me.

    As you undoubtedly know, 3M is one of the world's most well-known and respected companies, offering more than 50,000 products and services under the famous mark and name 3M ("the 3M Mark"). 3M sells and distributes its products and services worldwide through a number of affiliates, including its subsidiary in Thailand named 3M Thailand Ltd. The 3M Mark has been widely used for decades in connection with these products and services, and 3M owns a number of incontestable federal registrations for the 3M Mark. *See, e.g.*, U.S. Reg. Nos. 1,445,795; 1,490,732; and 1,959,110. Further, 3M owns numerous registrations in Thailand for the 3M Mark, among many other jurisdictions. *See, e.g.*, Thailand Reg. Nos. KOR57338; BOR8629; and BOR8244. 3M also maintains an official website at www.3M.com, which makes extensive use of the 3M Mark.

    As a result of its long and widespread use and promotion, the public strongly identifies the 3M Mark with 3M and its goods and services. Consequently, 3M enjoys valuable goodwill, as well as strong and enforceable rights, in that mark. Because this goodwill is important to 3M, it cannot permit others to use the 3M Mark in a way that is likely to cause confusion as to any nonexistent sponsorship or affiliation with 3M, or to dilute or tarnish the 3M Mark.

    3M is highly concerned that you are prominently using a colorable imitation of its mark in association with the online gambling websites you operate at www.ssswin.me, including as shown below:

June 8, 2011
Page 2



Your website also features several links titled "3M" which divert users to third party gambling websites not owned or controlled by 3M. As you target Thai consumers and online gambling is illegal in Thailand, your use is especially troubling.

    Your prominent use of the 3M Mark in this manner on your website is highly likely to confuse consumers into believing that your website is in some way affiliated with or approved by 3M. Your use is also likely to dilute the distinctive quality of the famous 3M Mark. Thus, your use violates 3M's trademark rights. *See, e.g.*, 15 U.S.C. §§ 1114(1), 1125(a), and 1125(c).

    Accordingly, we demand that you (1) immediately cease all use of the 3M Mark; and (2) agree that in the future you will not use any name or mark confusingly similar to the 3M Mark or any other mark owned by 3M. 3M would prefer to resolve this matter without litigation but is prepared to take whatever steps are necessary to prevent its 3M Mark from being infringed and diluted, particularly in an egregious case such as this.

    We ask you to respond as soon as possible giving your assurance that you will promptly comply with the above demands. You may indicate your agreement by returning this letter to us with your signature in the spaces provided below.

Very truly yours,

*Steven Espenshade*
Steven M. Espenshade

**AGREED:**

Signature:_____

Name:_____

Title:_____

Date:_____

EXHIBIT B


Pirkey Barber LLP

Wendy C. Larson
(512) 482-5231
wlarson@pirkeybarber.com

June 13, 2011

**VIA EMAIL: SSS_CALLCENTER@HOTMAIL.COM**

Arthit
SSS Company
Bangkok
Sa Kaeo
TH 27120

Re:  *3M Company Lawsuit* (3MTM:130)

Dear Sir or Madam:

As you know, this law firm represents 3M Company ("3M") in trademark and unfair competition matters. We have previously contacted you regarding your role as a domain name registrant, hosting service provider, and/or provider of other services for websites which violate the trademark rights of 3M, and you have either ignored our correspondence or otherwise refused to fully comply with 3M's demands.

The purpose of this letter is to inform you that we have filed a lawsuit in the United States District Court for the Eastern District of Virginia, naming you as a defendant in connection with these activities. A courtesy copy of the complaint is attached. We are in the process of arranging to formally serve the complaint and summons on you. Moreover, we will soon be filing a motion for preliminary injunction, which will be served on you separately.

If you have any questions or would like to discuss resolving this matter, please feel free to call me or respond by email.

Sincerely,

*Wendy Larson*

Wendy C. Larson

EXHIBIT C



You are logged in as wlarson  **Upgrade Your Account** | Log out | Help    | **1 Item in Cart**

**DomainTools**

ssswin.me    Whois Search    Search

Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools

## Whois Record For SsSwIn.me

**Acquire this Domain Name**    Like  1k

Search Whois Records    Search

**Add Missing Screenshot:**
Queue Screenshot For Addition

**You the smart one?** Let us show you the job you dream of

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

### Whois Record

Reverse Whois: "sss company" owns about **61 other domains**
Email Search: sss_callcenter@hotmail.com is associated with about **30 domains**
Whois History: **25 records** have been archived **since 2011-04-21**.
Reverse IP: **1 other site is** hosted on this server.

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains



```
Domain ID:D1749670-ME
Domain Name:SSSWIN.ME
Domain Create Date:14-Dec-2010 12:04:04 UTC
Domain Last Updated Date:28-Oct-2011 02:52:12 UTC
Domain Expiration Date:14-Dec-2011 12:04:04 UTC
Last Transferred Date:
Sponsoring Registrar:Directi Internet Solutions d/b/a PublicDomainRegistry.com R28-ME
Created by:Directi Internet Solutions d/b/a PublicDomainRegistry.com R28-ME
Last Updated by Registrar:Directi Internet Solutions d/b/a PublicDomainRegistry.com R28-ME
Domain Status:CLIENT TRANSFER PROHIBITED
Registrant ID:DI_9136252
Registrant Name:Arthit
Registrant Organization:sss company
Registrant Address:Bangkok
Registrant Address2:Bangkok
Registrant Address3:
Registrant City:Sa Kaew
Registrant State/Province:Sa Kaeo
Registrant Country/Economy:TH
Registrant Postal Code:27120
Registrant Phone:+66.828898896
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant E-mail: sss_callcenter@hotmail.com
Admin ID:DI_9136252
Admin Name:Arthit
Admin Organization:sss company
Admin Address:Bangkok
Admin Address2:Bangkok
Admin Address3:
Admin City:Sa Kaew
Admin State/Province:Sa Kaeo
Admin Country/Economy:TH
Admin Postal Code:27120
Admin Phone:+66.828898896
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin E-mail: sss_callcenter@hotmail.com
Tech ID:DI_9136252
Tech Name:Arthit
Tech Organization:sss company
Tech Address:Bangkok
Tech Address2:Bangkok
Tech Address3:
Tech City:Sa Kaew
Tech State/Province:Sa Kaeo
Tech Country/Economy:TH
Tech Postal Code:27120
```



**Country TLDs**  **General TLDs**

Available domains for registration:

| ☐ SsSwIn.at | Register |
| ☐ SsSwIn.be | Register |
| ☐ SsSwIn.ch | Register |
| ☐ SsSwIn.cn | Register |
| ☐ SsSwIn.co.uk | Register |
| ☐ SsSwIn.de | Register |
| ☐ SsSwIn.dk | Register |
| ☐ SsSwIn.es | Register |
| ☐ SsSwIn.eu | Register |
| ☐ SsSwIn.fr | Register |

**Register All Selected >**   Show all (19) >



```
Tech Phone:+66.828898896
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech E-mail: sss_callcenter@hotmail.com
Nameservers:SIANARAN.DYNDNS.ORG
Nameservers:SSSIN88.DYNDNS.ORG
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
```

Memberships | Developer API | About Us |
Blog | Desktop Tools | Terms of Service |
Privacy | Support | Careers | Contact Us |
Site Map

© 2011 DomainTools, LLC. All rights reserved.





You are logged in as wlarson | **Upgrade Your Account** | Log out | Help | **1 Item in Cart**

ssswin.com | Whois Search | Search

Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools

## Whois Record For SsSwIn.com

Acquire this Domain Name

Like 1k

Search Whois Records | Search

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

### Whois Record

Email Search:  is associated with about **30 domains**
Registrar History: **1 registrar**
NS History: **9 changes** on **6** unique name servers over **6** years.
IP History: **8 changes** on **6** unique IP addresses over **2** years.
Whois History: **62 records** have been archived since **2009-08-29**.
Reverse IP: **142,807 other sites** hosted on this server.

Monitor This Domain Name



```
Domain: ssswin.com
Status: Protected
DNS:
        ns1157.websitewelcome.com
        ns1158.websitewelcome.com

Created: 2009-08-26 00:00:00
Expires: 2012-08-26 00:00:00
Last Modified: 2009-08-26 22:55:02

Registrant Contact:
        N/A
        M S ( sss_callcenter@hotmail.com )
        Bangkok
        Bangkok, BangKhen, th 10230
        P: +66.10230 F:

Administrative Contact:
        N/A
        M S ( sss_callcenter@hotmail.com )
        Bangkok
        Bangkok, BangKhen, th 10230
        P: +66.10230 F:

Technical Contact:
        N/A
        M S ( sss_callcenter@hotmail.com )
        Bangkok
        Bangkok, BangKhen, th 10230
        P: +66.10230 F:

Billing Contact:
        N/A
        M S ( sss_callcenter@hotmail.com )
        Bangkok
        Bangkok, BangKhen, th 10230
        P: +66.10230 F:
```



Updated

**You the smart one?** Let us show you the job you dream of



**Country TLDs** | **General TLDs**

Available domains for registration:

| ☐ SsSwIn.at | Register |
| ☐ SsSwIn.be | Register |
| ☐ SsSwIn.ch | Register |
| ☐ SsSwIn.cn | Register |
| ☐ SsSwIn.co.uk | Register |
| ☐ SsSwIn.de | Register |
| ☐ SsSwIn.dk | Register |
| ☐ SsSwIn.es | Register |
| ☐ SsSwIn.eu | Register |
| ☐ SsSwIn.fr | Register |

**Register All Selected >**    Show all (19) >



Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

