IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

3M COMPANY,
Plaintiff,

v.                                              Case No. 1:11cv627

DIRECTI INTERNET SOLUTIONS
PVT. LTD., d/b/a
PUBLICDOMAINREGISTRY.COM
d/b/a PRIVACYPROTECT.ORG, et al.,
Defendants.

## FINAL ORDER AND JUDGMENT AS TO DEFENDANT DIRECTI INTERNET SOLUTIONS PVT LTD

This matter is before the Court on the Magistrate Judge's Report and Recommendation regarding the motion for default judgment of plaintiff 3M Company ("3M"). *See 3M Co. v. Christian Investments LLC, et. al.*, No. 1:11cv627 (E.D. Va. Aug. 2, 2012) (Doc. 168) ("R&R"). In his Report and Recommendation, which was issued on August 2, 2012, the Magistrate Judge concluded 3M is entitled to a default judgment against Directi Internet Solutions Pvt Ltd d/b/a Publicdomainregistry.com d/b/a/ Privacyprotect.org ("Directi") who 3M alleges, *inter alia*, engaged in cybersquatting and trademark infringement. In particular, after concluding that personal jurisdiction may be exercised over this defendant and that venue is proper, the Magistrate Judge recommended entry of a default judgment that directs defendant to take all necessary steps to have the registrations for the domain names 3mthai888.com and 3mbet-online.com transferred to the plaintiff.

In his Report and Recommendation, the Magistrate Judge advised the parties that any objections must be filed "within fourteen (14) days after being served with a copy of the proposed findings of fact and recommendations[.]" R&R at 23. *Accord* Rule 72(b)(2), Fed. R.

Civ. P. (providing that "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations"). A copy of the Report and Recommendation was served on the defendant via first class mail, postage prepaid on August 2, 2012. Accordingly, the time period during which this defendant was permitted to file a written objection was extended from fourteen to seventeen days after service by mail to a last known address. *See* Rule 6(d), Fed. R. Civ. P. Thus, this defendant had until August 19, 2012 to file objections to the Report and Recommendation. The defendant has not filed an objection on or before that date.

Based on an independent *de novo* review of the record, the Magistrate Judge's findings of fact and conclusions of law as set forth in his Report and Recommendation are adopted in full.

For these reasons, and for good cause,

It is hereby **ORDERED** that the findings and conclusions of the Magistrate Judge's Report and Recommendation (Doc. 168) are **ADOPTED**.

It is further **ORDERED** that 3M's motion for default judgment (Doc. 157) is **GRANTED IN PART**, as to Directi.[1]

It is further **ORDERED** that the Clerk is **DIRECTED** to enter judgment pursuant to Rules 55 and 58, Fed.R.Civ.P., in favor of plaintiff and against Directi.

It is further **ORDERED** that Directi is **DIRECTED** to take all necessary steps to have the registrations for the following domain names transferred to the plaintiff: 3mthai888.com and 3mbet-online.com. 3M may apply for further relief if these measures fail to result in the transfer of these domain names.

---

[1] 3M's motion for default judgment (doc. 157) was granted as to Luca Toni by separate Order.

The Clerk is directed to send a copy of this Order and Judgment to all counsel of record.

Alexandria, VA
November 13, 2012

/s/
T. S. Ellis, III
United States District Judge