**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

FILED

APR 2 2 2013

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| 3M COMPANY,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>)    **Case No. 1:11cv627** |
| THAILAND3M.NET,<br>An Internet Domain Name, *et al.*,<br>    Defendants. | )<br>)<br>) |

## FINAL ORDER AND JUDGMENT AS TO DEFENDANT DOMAIN NAMES THAILAND3M.NET AND THAIMMM.NET

The matter is before the Court on the Magistrate Judge's Proposed Findings of Fact and

Recommendations regarding the motion for default judgment of plaintiff 3M Company ("3M").

*See 3M Company v. Thailand3M.net*, No. 1:11cv627 (E.D. Va. Apr. 1, 2013) (Proposed Findings

of Fact and Recommendations). In his Proposed Findings of Fact and Recommendations, issued

on April 1, 2013, the Magistrate Judge concluded 3M is entitled to a default judgment against

domain names <thaimmm.net> and <thailand3m.net>. In particular, after concluding that

subject matter jurisdiction, personal jurisdiction, venue, and service of process was proper, the

Magistrate Judge recommended the entry of an Order directing VeriSign, Inc. to change the

registrar of record for the defendant domain names <thailand3m.net> and <thaimmm.net> to

Markmonitor.com or a registrar specified by 3M and requiring Markmonitor.com or such other

registrar as specified by 3M to register the defendant domain names in the name of 3M.

In his Proposed Findings of Fact and Recommendations, the Magistrate Judge advised

the parties that any objections must be filed "within fourteen (14) days after being served with a

copy of the proposed findings of fact and recommendations[.]" Proposed Findings of Fact and

Recommendations at 25; *see also* Rule 72(b)(2), Fed. R.Civ.P. (providing that "[w]ithin 14 days

after being served with a copy of the recommended disposition, a party may serve and file

specific written objections to the proposed findings and recommendations"). A copy of the proposed findings of fact and recommendations was mailed to the registrant of the defendant domain names and was sent by electronic means to <salamat1443@co.sr> on April 1, 2013. Accordingly, the time period during which the defendant domain names were permitted to file a written objection was extended from fourteen to seventeen days after service by mail to a last known address. *See* Rule 6(d), Fed.R.Civ.P. Thus, the defendant domain names had until April 18, 2013 to file objections to the Proposed Findings of Fact and Recommendations. The defendant domain names have not filed an objection on or before that date.

Based on an independent *de novo* review of the record, the Magistrate Judge's findings of fact and conclusions of law as set forth in his Proposed Findings of Fact and Recommendations are adopted in full.

For these reasons, and for good cause,

It is hereby **ORDERED** that the findings and conclusions of the Magistrate Judge's Proposed Findings of Fact and Recommendations (doc. 198) are **ADOPTED**.

It is further **ORDERED** that 3M's motion for default judgment (doc. 194) is **GRANTED**.

It is further **ORDERED** that the Clerk is **DIRECTED** to enter judgment pursuant to Rules 55 and 58, Fed.R.Civ.P., in favor of plaintiff and against defendant domain names <thaimmm.net> and <thailand3m.net>.

It is further **ORDERED** that VeriSign, Inc. is **DIRECTED** to change the registrar of record for the defendant domain names <thaimmm.net> and <thailand3m.net> to Markmonitor.com or a registrar specified by 3M.

It is further ORDERED that Markmonitor.com, or other such registrar specified by 3M, is DIRECTED to register the defendant domain names <thaimmm.net> and <thailand3m.net> in the name of 3M.

The Clerk is directed to send a certified copy of this Order and Judgment to the registrant of defendant domain names at Marcos (a/k/a/ 3M Specialist), 323 Srilankamatan Road, Colombo, 52211, Sir Lanka, to all counsel of record, and to Verisign, Inc., and to place this matter among the ended causes.

Alexandria, VA
April 22, 2013

T. S. Ellis, III
United States District Judge